IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARY H. WOJNO, In Her Capacity as the Trustee of the MARY H. WOJNO REVOCABLE TRUST, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTMERIT CORPORATION, et al.<br><br>Defendants. | No. 5:16-cv-00461 |

**PLAINTIFFS' NOTICE CONCERNING
<u>POTENTIAL MOTION FOR DISQUALIFICATION</u>**

WHEREAS, the Court held a telephonic conference on May 12, 2016 with all counsel present;

WHEREAS, during that call the Court raised with counsel the issue of a possible conflict potentially affecting the Court;

WHEREAS, the Court further instructed the parties to consider whether they would move to disqualify based on the issues discussed during that call, and that the respective parties should file notice of such intention within seven (7) days of the Call;

WHEREAS, Interim Co-Lead and Co-Liaison Counsel have considered the issues raised by the Court during the call;

NOW, THEREFORE, PLEASE TAKE NOTICE, that upon due consideration, counsel for plaintiffs hereby state that they will not be seeking disqualification of the Court based on the circumstances discussed during the May 12, 2016 call.

Dated: May 12, 2016

*Of Counsel:*

KAHN SWICK & FOTI, LLC
Michael J. Palestina
Christopher R. Tillotson
206 Covington Street
Madisonville, LA 70447
(504) 455-1400
(504) 455-1498
Email: Michael.Palestina@ksfcounsel.com
Christopher.Tillotson@ksfcounsel.com

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (866) 367-6510
Email: shopkins@zlk.com

RIGRODSKY & LONG, P.A.
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Email: sdr@rl-legal.com
bdl@rl-legal.com
gms@rl-legal.com
jjr@rl-legal.com

*Plaintiffs' Interim Co-Lead Counsel*

Respectfully submitted,

PERANTINIDES & NOLAN CO., L.P.A.

*/s/ Chris T. Nolan*
CHRIS T. NOLAN (0006617)
Attorney for Plaintiff
300 Courtyard Square
80 South Summit Street
Akron, OH 44308-1736
(330) 253-5454
(330) 253-6524 Fax
Email: cnolan@perantinides.com

GOLDENBERG SCHNEIDER
Jeffrey S. Goldenberg (#0063771)
Robert Sherwood (#0084363)
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
(513) 345-8291
Email: JGoldenberg@gs-legal.com
RSherwood@gs-legal.com

*Plaintiffs' Interim Co-Liaison Counsel*

2

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, a copy of the foregoing Plaintiffs' Notice Concerning Potential Motion for Disqualification was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. All parties not capable of receiving electronic documents will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Chris T. Nolan*
CHRIS T. NOLAN (0006617)
Attorney for Plaintiff