PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARY H. WOJNO, In Her Capacity as the Trustee of the MARY H. WOJNO REVOCABLE TRUST, on Behalf of Itself and All Others Similarly Situated, *et al.*, | ) ) ) ) | CASE NO. 5:16CV00461 (Lead Case) |
| | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTMERIT CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

The Court has considered that submitted by the parties and suggests further edits as indicated on the attached documents.  Counsel shall review the attached [Amended Proposed] Scheduling Order and Order Preliminarily Approving Proposed Settlement; Exhibit A – Summary Notice; and Exhibit B – Long Form Notice, edit as reasonably required, execute, and return to the Court for issuance, within seven (7) days of the date of this Order.

IT IS SO ORDERED.

October 20 , 2016                            */s/ Benita Y. Pearson*
Date                                          Benita Y. Pearson
                                              United States District Judge