**Exhibit A**

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO</u>

# If you held FirstMerit Corp. stock between January 26, 2016 and August 16, 2016, your rights will be affected by this class action settlement.

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

A settlement has been proposed in a class action lawsuit related to the acquisition of FirstMerit by Huntington. The settlement resolves, among other things, allegations about the adequacy of the disclosures in a joint proxy statement filed by FirstMerit and Huntington with the SEC.

**WHO IS INCLUDED?**

You are a class member if you held (directly or indirectly) FirstMerit stock during the period from January 26, 2016 (the day the merger was announced) through August 16, 2016 (the day the merger closed).  If you are not sure if you are included, you can get more information, including a detailed notice, at http://www.zlk.com/zlk_news/firstmerit-corporation-shareholders-litigation or by contacting Shannon L. Hopkins, Esq., Levi & Korsinsky LLP, 733 Summer Street, Suite 304, Stamford, CT 06901.

**WHAT IS THIS CASE ABOUT?**

The lawsuit claimed that the FirstMerit Board of Directors breached their fiduciary duties and violated the federal securities laws in connection with the merger between FirstMerit and Huntington. Defendants have denied and continue to deny that they did anything wrong.  Both sides agreed to the settlement to resolve the case and provide any missing information to investors before FirstMerit shareholders voted on the merger.

**WHAT DOES THE SETTLEMENT PROVIDE?**

FirstMerit made supplemental disclosures prior to the FirstMerit shareholder vote on the merger.  The information contained in the supplemental disclosures had not been included in the Proxy filed with the SEC and plaintiffs considered such information to be material and important for FirstMerit shareholders to make a fully informed decision with respect to whether or not to vote their shares in favor of the acquisition.

**WHAT ARE YOUR RIGHTS**

Class Members rights will be affected by the settlement. The United States District Court for the Northern District of Ohio will hold a fairness hearing in this Action (*In re FirstMerit Corporation Shareholder Litigation*, Case No. 5:16-CV-00461) on [insert date] at [insert time] to consider whether to approve the settlement and a request by class counsel for attorneys' fees and costs.

You may appear at the fairness hearing, but you do not have to. If you would like to object to the settlement or appear at the fairness hearing, you must make certain filings with the Court prior to [insert date], as explained in the detailed notice available online and from class counsel.

**WANT MORE INFORMATION?**

For additional information, including a detailed notice of the settlement explaining your right to object and/or appear at the upcoming fairness hearing, you may visit the website above or write to class counsel at the following address: Shannon L. Hopkins, Esq., Levi & Korsinsky LLP, 733 Summer Street, Suite 304, Stamford, CT 06901.